**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Southern Division

| | | |
|---|---|---|
| RHOZIER T. BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. DLB-23-2512 |
| LVNV FUNDING, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER**

Defendant JPMorgan Chase Bank, N.A. ("**Chase**"), through its undersigned counsel and pursuant to Rule 12(b)(6), hereby moves to dismiss all claims against it in the Complaint filed by purportedly *pro se* Plaintiff Rhozier Brown. As explained in the accompanying Memorandum of Law, while the Complaint alleges a series of state and federal claims against Chase, all of its claims are insufficiently pled, three of the four counts are preempted by the Fair Credit Reporting Act ("**FCRA**"), and the boilerplate FCRA allegations fail to state a plausible claim for relief. But even if this Court permits any of Plaintiff's claims to proceed, Chase moves pursuant to Rule 21 to sever Plaintiff's claims against Chase from his claims against LVNV Funding, LLC, Credit One Bank, NA, and Synchrony Bank based on Plaintiff's improper joinder of wholly unrelated claims and parties.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. respectfully requests that:

1. Counts Two, Three, and Seven be DISMISSED WITH PREJUDICE as to Chase;
2. Count Six be DISMISSED as to Chase;

3. Alternatively, this Court SEVER Plaintiff's claims against Chase from his claims against LVNV Funding, LLC, Credit One Bank, NA, and Synchrony Bank; and

4. This Court GRANT Chase such other and further relief as is appropriate in the circumstances.

A proposed Order follows.

Respectfully submitted,

*/s/ Brian L. Moffet*
Brian L. Moffet, Esq. (Fed. Bar 13821)
Michael B. Brown, Esq. (Fed. Bar 19641)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
410-727-6464
bmoffet@milesstockbridge.com
mbbrown@milesstockbridge.com

*Counsel for Defendant*
*JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 20, 2023, a copy of the foregoing was filed via this Court's CM/ECF system and was served via first-class mail, postage prepaid, to:

Rhozier T. Brown
5602 Windsor Court
Suitland, Maryland 20746
*Plaintiff*

LVNV FUNDING
Resident Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

CREDIT ONE BANK, NA
Resident Agent:
Incorp Services, Inc.
3773 Howard Hughes Pkwy Ste 500S
Las Vegas, NV 89169-6014

SYNCHRONY BANK
Resident Agent:
William Price
170 W. Election Road, Ste 125
Draper, Utah 84020

EQUIFAX INFORMATION SERVICES, LLC
Resident Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

EXPERIAN INFORMATION SOLUTIONS, INC.
Resident Agent:
The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville, Maryland 21093-2264

TRANS UNION, LLC
Resident Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

                              */s/ Brian L. Moffet*
                              Brian L. Moffet