# EXHIBIT 1

P.O. Box 4624
Upper Marlboro, MD 20775

The Corporation Trust Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

CERTIFIED MAIL®

9589 0710 5270 1042 1124 44

RDC 99

Retail

U.S. POSTAGE PAID
FCM LETTER
WASHINGTON, DC
AUG 16, 2023
$8.38
R2307N152998-13

21093