**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Southern Division

| | | |
|---|---|---|
| RHOZIER T. BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. DLB-23-2512 |
| LVNV FUNDING, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Now pending before this Court is Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss or, in the Alternative, to Sever (the "Motion"). This Court having considered the Motion, any response thereto, and the Complaint having failed to state a plausible claim for relief for the reasons set forth in the Motion, it is this _____ day of _____, 2023, hereby ORDERED that:

1. The Motion is GRANTED;

2. Count Six is DISMISSED as to Chase; and

3. Counts Two, Three, and Seven are DISMISSED WITH PREJUDICE as to Chase.

_____
The Honorable Deborah L. Boardman
United States District Judge